AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED
JUN 18 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| United States of America<br>v.<br>BRYAN GREGG WATERFIELD NASH<br><br>*Defendant(s)* | )<br>)<br>) Case No. MJ 19-38-M-JCL<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 8, 2019, and before   in the county of   Flathead   in the
_____ District of   Montana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 (d) | INTERSTATE COMMUNICATIONS/EXTORTION |
| 18 U.S.C. § 2261A | STALKING |

This criminal complaint is based on these facts:
See attached affidavit of Special Agent Mark D. Seyler, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark D. Seyler, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/18/2019

_____
*Judge's signature*

City and state:   Missoula, Montana                Jeremiah C. Lynch, Magistrate Judge
*Printed name and title*