TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
105 East Pine Street, 2nd Floor
P.O. Box 8329
Missoula, MT 59807
Phone: 406-542-8851
Fax: 406-542-1476
Email: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUL 11 2019

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRYAN GREGG WATERFIELD NASH, Defendant. | CR 19-30-M-DLM<br><br>INDICTMENT<br><br>INTERSTATE STALKING<br>Title 18 U.S.C. § 2261A(2)(B) (Count I)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>INTERSTATE COMMUNICATION WITH INTENT TO EXTORT<br>Title 18 U.S.C. § 875(d) (Count II)<br>(Penalty: Two years imprisonment, $250,000 fine, and one year supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That beginning in approximately December 2013, and continuing until approximately June 2019, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, including the Northern District of California,

1

the defendant, BRYAN GREGG WATERFIELD NASH, with the intent to harass and intimidate John and Jane Does 1-33 (full names withheld to protect privacy), used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely a computer, cellular telephone, e-mail and the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to John and Jane Does 1-33, in violation of 18 U.S.C. § 2261A(2)(B).

## COUNT II

That beginning in approximately December 2013, and continuing until approximately June 2019, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, including the Northern District of California, the defendant, BRYAN GREGG WATERFIELD NASH, with the intent to extort money and things of value from John Does 1 and 2, knowingly transmitted in interstate commerce electronic messages that contained a true threat to injure the reputations of John Does 1 and 2, that is, the defendant threatened to release information to law enforcement and the media regarding alleged behavior and violations of the laws of the United States by John Does 1 and 2 if John Does 1 and 2 refused to pay the defendant substantial sums of money, in violation of

//

//

18 U.S.C. § 875(d).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrants _____
Bails _____

3