IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 19–30–M–DWM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRYAN GREGG WATERFIELD NASH, | |
| Defendant. | |

On February 25, 2020, Defendant Bryan Gregg Waterfield Nash filed documentation of his financial condition as ordered by the Court. (Docs. 63, 66.) After reviewing Nash's income, as reflected in his federal tax returns from the last three years and pay statements from the last twelve months, (Docs. 66-1, 66-6), his monthly cash flow, as reflected in his most recent checking account statement, (Doc. 66-2), and his discretionary spending, (*see, e.g.*, Doc. 66-7), the Court finds that Nash's financial resources are in excess of the amount needed to provide for his own and his family's necessities and his release on bond. CJA Guidelines § 210.40.40. Nash is therefore financially able to make partial payment toward his representation. 18 U.S.C. § 3006A(c), (f). Accordingly,

IT IS ORDERED that Nash shall make payments of $500 per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f).

1

The first payment shall be made on or before March 13, 2020, and each subsequent payment shall be made on or before the 15th day of each month during the pendency of this case. If the defendant's financial condition changes during the course of this matter, he may petition the Court for reconsideration.

DATED this 4th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court