IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–30–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| BRYAN GREGG WATERFIELD NASH, | |
| Defendant. | |

The United States' having moved unopposed to extend the response deadline and good cause appearing,

IT IS ORDERED that the motion (Doc. 88) is GRANTED. The government and defendant shall file responses to the pending motions on or before March 23, 2020.

DATED this 12th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court