IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–30–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| BRYAN GREGG WATERFIELD NASH, | |
| Defendant. | |

Defendant Bryan Gregg Waterfield Nash having indicated an intent to plead guilty to one count of misdemeanor blackmail as charged in a forthcoming superseding information, (*see* Doc. 92),

IT IS ORDERED that the jury trial set for May 11, 2020, is VACATED.

IT IS FURTHER ORDERED that Nash's Unopposed Motion to Proceed Before a United States Magistrate Judge in a Criminal Case (Doc. 93) is GRANTED. The Clerk of Court is directed to reassign this case accordingly.

DATED this 1st day of May, 2020.

11:42 AM.

Donald W. Molloy, District Judge
United States District Court