## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| BRYAN GREGG WATERFIELD NASH, | |
| Defendant. | |

Defendant has filed a motion requesting to appear at his sentencing by video. (Doc. 112.) The United States opposes Defendant's request to appear by video. Defendant's sentencing is scheduled for August 25, 2020. Due to the time-sensitive nature of Defendant's motion, the United States shall file its brief in opposition on or before August 18, 2020. Defendant shall file his reply on or before August 21, 2020.

IT IS ORDERED.

DATED this 14th day of August, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1