IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30-M-KLD |
| Plaintiff, | |
| vs. | **ORDER** |
| BRYAN GREGG WATERFIELD NASH, | |
| Defendant. | |

On August 25, 2020, Defendant Bryan Gregg Waterfield Nash was sentenced to five years of probation following his guilty plea to the misdemeanor charge of blackmail in violation of 18 U.S.C. § 873. (Doc. 119). On April 18, 2022, Defendant, who is no longer represented by represented by counsel in this matter, filed a motion for early termination of his probation. (Doc. 125). On May 2, 2022, the United States filed a response brief in opposition to Defendant's motion. (Doc. 126). Defendant subsequently sent an email to the Court addressing the matters raised in his motion to terminate his probation, and copied the Assistant United States Attorney on the email.

1

Defendant is advised that, pursuant to Rule 7.1(d)(1)(C) of the Local Rules of Procedure for the United States District Court of the District of Montana, he has up to and including May 16, 2022, within which to file an optional reply brief in support of his motion for early termination of his probation. Any arguments Defendant wishes to make in support of his motion are properly raised in a reply brief, rather than an email communication with the Court.

DATED this 3rd day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge